STATE v. WEST

No. 342P95

Case below: 119 N.C.App. 562

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 5 October 1995. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

STATE v. WORRELL

No. 351P95

Case below: 119 N.C.App. 592

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.

STEWART v. PARISH

No. 96P95

Case below: 118 N.C.App. 175
340 N.C. 263

Motion by plaintiffs for suspension of the rules denied 5 October 1995. Motion by plaintiffs for reconsideration of denial of petition for discretionary review dismissed 5 October 1995.

TITLE INS. CO. OF MINN. v. SMITH, DEBNAM, HIBBERT AND PAHL

No. 366A95

Case below: 119 N.C.App. 608

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 October 1995. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 5 October 1995.

U.S. FIDELITY & GUARANTY CO. v.
COUNTRY CLUB OF JOHNSTON COUNTY

No. 321P95

Case below: 119 N.C.App. 365

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 October 1995.